**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CONCEPTS IN PRODUCTION, LLC**                                                          **PLAINTIFF**

**V.**                                                                                    **NO. 1:17-CV-118-DMB-DAS**

**JUSTIN JOINER**                                                                         **DEFENDANT**


**ORDER DIRECTING BRIEFING**

On April 4–5, 2018, Concepts in Production, LLC's motion for a preliminary injunction came before the Court for an evidentiary hearing.  Upon further review of the motion and the evidence presented at the hearing, the Court has now concluded that additional briefing is required. Accordingly, within fourteen (14) days of this order, Concepts in Production shall file a supplemental brief addressing the propriety of the preliminary injunction sought in light of the record evidence.  Justin Joiner shall file a response within fourteen (14) days of the filing of Concepts in Production's brief.  Neither brief shall exceed twenty (20) pages.

**SO ORDERED**, this 9th day of April, 2018.

**/s/Debra M. Brown**_____
**UNITED STATES DISTRICT JUDGE**
